

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00394-CV

———————————————————

In re H.M., Relator

———

Original Proceeding
360th District Court of Tarrant County, Texas
Trial Court No. 360-700860-21

———

Before Birdwell, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Specifically, we deny relator's request to issue a writ directing the trial court to withdraw or reconsider its October 11, 2021 order granting real party in interest's request to decline jurisdiction, and we deny relator's request to order the trial court to withdraw its November 18, 2021 order on real party in interest's petition for writ of habeas corpus. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied. We lift our November 30, 2021 stay order.

Per Curiam

Delivered: December 13, 2021